ALGEIER WOODRUFF, P.C.
60 Washington Street
Morristown, NJ 07960
(973) 539-2600
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN POWERS, DANIEL SAVAGE, DAVE ZURAWSKI, ROBERT LARRISON, WILLIAM HURLEY, DEAN TEXTOR, MIKE TEXTOR, TODD VERRECCHIA, VINCENT O'ROURKE, WALTER POMPHREY, SERGE RIDOUX, JOHN BROCKRIEDE, WILLIAM CONNELLAN, FRANK LANCELLOTTI, STEPHEN RYDINSKY, HENRY PASQUILINI, MIKE CAMPANA, ERIC OLSEN, ROBERT BRICE, TODD CZECH, CHRISTOPHER SCERBO, TODD KAZANOWSKI, DANIEL DONLON, MIKE TOZER, FRANK GRECO, TOM DOWD, DOUG BORST, MICHAEL STEITZ, CHRISTOPHER LISWESKI, EDWARD LISTER, DANIEL MASON, ELIO SCARPA, SEAN O'HALLORAN, PAUL MABIN, TOM LASKO, BRIAN MANSFIELD, SCOTT FIFIELD, MIKE MALONE, JASON LAMB, EMMETT IDZAHL, SURESH MADHAVAN, STEVE NASH, IAN HATCH, FRANK KUHL, CHRIS GALLAGHER, JUSTIN HUDSON, GREGORY R. CARPINO, STEVE DES MARIAS, JAMES D. MILTON, KEVIN R. PRESSEY, NICHOLAS CURCIO, RYAN FORREST, KELLY ROGERS and JOHN CLAYTON,<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF WALL, WALL TOWNSHIP POLICE DEPARTMENT and FRANCIS ROY HALL, Chief of Police of Wall Township Police Department individually and in his capacity as Chief of Police, JOHN GALVIN, individually and in his capacity as a Police Officer, BERNARD SULLIVAN, individually and in his capacity as a Police Officer,<br><br>Defendants. | Civil Action No.:   05-3832 (MLC)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

ROSS D'ANDREA and PATRICK SCANNELL,

                Plaintiffs,

v.

TOWNSHIP OF WALL, WALL TOWNSHIP POLICE DEPARTMENT and FRANCIS ROY HALL, Chief of Police of Wall Township Police Department individually and in his capacity as Chief of Police,

                Defendants.

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against either party.

ALGEIER WOODRUFF, P.C.
*Attorneys for Plaintiffs*

By: _____
    ROBERT B. WOODRUFF

Dated: _____

MICHAEL N. PEDICINI
*Attorney for Plaintiffs*
PATRICK SCANNELL and
ROSS D'ANDREA

By: _____
    MICHAEL N. PEDICINI

Dated: 7/2/07

BATHGATE, WEGENER & WOLF
*Attorneys for Defendants*

By: _____
    WILLIAM J. WOLF

Dated: 7/2/07

2